No. 1351. MOGGE ET AL. *v.* DISTRICT No. 8, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO. C. A. 7th Cir. Certiorari denied. *Barnabas F. Sears* for petitioners. *Sheldon M. Charone* for respondent. 

